■ DEUTSCH RELAYS, INC., Appellant-Respondent, v FAIRCHILD WESTON SYSTEMS, INC., Respondent-Appellant.—Order of the Supreme Court, Nassau County, dated September 13, 1983, affirmed, without costs or disbursements, for reasons stated by Justice Vitale at Special Term. Mangano, J. P., Bracken, Niehoff and Eiber, JJ., concur.